```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


--------------------------------X
UNITED STATES OF AMERICA         :    00-CR-1274
                                 :
            v.                   :
                                 :    March 17, 2008
JEAN MAXOM LUCIEN,               :    Brooklyn, New York
                                 :
            Defendant.           :
--------------------------------X

         TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
            BEFORE THE HONORABLE RAMON E. REYES, JR.
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:


For the Government:          UNITED STATES ATTORNEY
                             BY: SCOTT KLUGMAN, ESQ.
                             Assistant U.S. Attorney
                             One Pierrepont Plaza
                             Brooklyn, New York  11201


For the Defendant:           RICHARD LEFF, ESQ.
                             80-02 Kew Gardens Road
                             Kew Gardens, NY 11415



Court Transcriber:           BRENDA RICHARDS
                             TypeWrite Word Processing Service
                             356 Eltingville Boulevard
                             Staten Island, New York 10312
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service

2

1     THE COURT: Criminal Cause for Arraignment.  Case No.
2 00-CR-1274, The United States v. Jean Maxon Lucien. Counsel,
3 state your name for the record.
4     MR. KLUGMAN: Scott Klugman for the United States.
5 Good afternoon, Your Honor.
6     THE COURT: Good afternoon.
7     MR. LEFF: Your Honor, Richard Leff, L, E, F, F, 80-02
8 Kew Gardens Road, Kew Gardens, New York for Mr. Lucien.
9     MR. KLUGMAN: Your Honor, this case involves a
10 defendant that has been a fugitive since sometime in 2000.
11 This individual who is standing before Your Honor was arrested
12 returning from Canada and actually had the same name, at least
13 the same first and last name of the individual charged in this
14 case, but after reviewing photos, signatures and a fingerprint
15 record I have determined that they are not the same person.
16 This is not the person who is charged in this case, so we are
17 just releasing this individual with the apologies of the
18 Government.
19     THE COURT: Mr. Lucien, do you understand what Mr.
20 Klugman has said?
21     MR. LUCIEN: Yes.
22     THE COURT: Okay.  And is has been an unfortunate case
23 of -- I won't say mistaken identity, but since the similarities
24 in your name with the person who is a fugitive that is why you
25 were arrested.  I think the best thing that the Court can do at

3

this point is issue an Order for the US Marshals to release you.

As far as what we can do down the road, because you still have the same, almost the same name, and I can't guarantee that this won't happen again, but we -- you need to have Mr. Leff work with Mr. Klugman to figure out something that can be done with the FBI or something to guard against this happening in the future, but it is beyond my ability to do that at this point. Do you understand?

MR. LUCIEN: Yes, Your Honor.

THE COURT: I apologize that this happened, but I think it goes to show that the Assistant United States Attorneys that work in this district and in other districts are very -- they understand the power that they have and that when things do go wrong, they step up to the plate and try to make them right. So, I thank Mr. Klugman for handling it in such a professional manner.

Is there anything else that we need to talk about?

MR. KLUGMAN: Nothing further, Your Honor.

MR. LEFF: Thank you, Judge.

* * * * *

4

1                              * * * * *
2        I certify that the foregoing is a transcript for an
3   electronic sound recording of the proceedings in the
4   above-entitled matter.

                                      *Brenda Richards* (signature)
                                     _____
7                                     Brenda Richards
8   Dated: April 25, 2008.